UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICKLAUS E. UHNAK | : | |
| | : | |
| v. | : | C.A. No. 08-148ML |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social | : | |
| Security Administration | : | |

ORDER

The instant case has been referred to me for a Report and Recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B).

To facilitate a speedy and just disposition on the same, the following procedure shall be followed.

Plaintiff shall have to and including **September 30, 2008** to file a motion to modify, reverse, or remand the decision of the Commissioner. Said motion shall be accompanied by a memorandum which shall contain a clear and concise statement of the relevant facts based on the record, a clear and concise statement of the Administrative Law Judge's findings which are challenged, and a detailed discussion of the issues addressed. Plaintiff shall also submit and provide the information requested on the attached fact sheet.

Defendant shall have to and including **October 31, 2008** to file a motion to affirm the decision of the Commissioner. Said motion shall be accompanied by a memorandum which shall contain a clear and concise statement of the relevant facts based on the record and shall specifically address the issues raised by the plaintiff, along with any further issues the defendant believes are relevant and appropriate for the court's consideration.

Plaintiff shall have to and including **November 14, 2008** to file a brief reply memorandum addressing issues raised in the defendant's memorandum and not fully discussed in his/her original memorandum.

Each party shall submit with the memorandum a legible and complete copy of each Social Security ruling referred to and relied upon therein. Memoranda which do not comply with this Order shall not be considered.

So ordered.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 29, 2008

By Order

/s/ Jeannine Noel
Deputy Clerk