UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NICKLAUS E. UHNAK

v.                                              CA 08-148 ML

MICHAEL J. ASTRUE
Commissioner, Social Security
Administration

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Almond on January 15, 2009. This Court has reviewed the Report and Recommendation and the objections. The Court finds that Magistrate Judge Almond's recommendation that Commissioner's Motion for an Order Affirming the Decision of the Commissioner is well-supported by the facts and the law of this Circuit. The Court further finds no merit in Plaintiff's objections.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The Motion for an Order Affirming the Decision fo the Commissioner is GRANTED. Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED.

SO ORDERED:

*Barbara Barletta*
Mary M. Lisi
Chief United States District Judge